Decided April 27, 2011

## WALTER W. HINDS, SR. *v.* COMMISSIONER OF CORRECTION

The petitioner Walter W. Hinds, Sr.'s petition for certification for appeal from the Appellate Court, 126 Conn. App. 905 (AC 31403), is denied.

EVELEIGH, J., did not participate in the consideration of or decision on this petition.

*Laljeebhai R. Patel*, special public defender, in support of the petition.

*Michele C. Lukban,* senior assistant state's attorney, in opposition.

Decided April 27, 2011